# EXHIBIT 1



## Nutrition Facts

Serving Size 1 oz (28g/about 14 chips)
Serving Per Container about 7

**Amount Per Serving**

**Calories** 140  **Calories from Fat** 70

| | % Daily Value* |
|---|---|
| **Total Fat** 8g | 12% |
| Saturated Fat 0.5g | 3% |
| *Trans* Fat 0g | |
| **Cholesterol** 0mg | 0% |
| **Sodium** 110mg | 5% |
| **Total Carbohydrate** 16g | 5% |
| Dietary Fiber 2g | 10% |
| Sugars 5g | |
| **Protein** 2g | |

| Vitamin A 50% | • | Vitamin C 0% |
|---|---|---|
| Calcium 2% | • | Iron 4% |

* Percent Daily Values are based on a 2,000 calorie diet. Your daily values may be higher or lower depending on your calorie needs:

| | Calories | 2,000 | 2,500 |
|---|---|---|---|
| Total Fat | Less than | 65g | 80g |
| Sat Fat | Less than | 20g | 25g |
| Cholesterol | Less than | 300mg | 300mg |
| Sodium | Less than | 2,400mg | 2,400mg |
| Total Carbohydrate | | 300g | 375g |
| Dietary Fiber | | 25g | 30g |