**EXHIBIT 2**



# Coconut Dream™
## Coconut Drink

## Creamy & Delicious

COCONUT DREAM™ is a dairy free dream come true - all natural, lactose free, made from real coconut, and enriched with Vitamins A, D, & B12, and 3x more calcium than the leading brand.†

It's a natural source of energy providing 3g Medium Chain Fatty Acids (MCFAs) per serving. MCFAs are more readily metabolized than long chain fatty acids, and ultimately support metabolism.*

COCONUT DREAM's creamy, refreshing flavor makes it a great alternative for your favorite recipes. It's delicious and nutritious- so pour it over your cereal, chill it and enjoy it by the glass, or mix it with fruit or other ingredients to create a delicious, energizing smoothie.

Questions or Comments?
Call 800-434-4246
www.TasteTheDream.com

Try our other delicious Non-Dairy products





**The ChefsBest® Certified Award is awarded to the Coconut Drink highly rated overall by independent professional chefs.

## Benefits

☑ 3x More Calcium than the leading brand† (see nutrition information for saturated fat content.)

☑ 3g Medium Chain Fatty Acids (MCFAs) — which are more readily metabolized than long chain fatty acids, supporting metabolism*

☑ A Natural Source of Energy

☑ Made from Real Coconut

☑ Enriched with Vitamins A, D & B12 and Calcium

☑ All Natural - No Artificial Flavors, Colors or Preservatives

☑ Lactose and Dairy Free

☑ Non-Genetically Engineered

☑ Gluten Free

## Nutrition Facts

Serving Size 1 cup, 8 fl oz (240mL)
Servings Per Container 4

**Amount Per Serving**

**Calories** 80      Calories from Fat 45

| | % Daily Value* |
|---|---|
| **Total Fat** 5g* | 8% |
| Saturated Fat 5g | 25% |
| *Trans* Fat 0g | |
| **Cholesterol** 0mg | 0% |
| **Sodium** 140mg | 6% |
| **Total Carbohydrate** 7g | 2% |
| Dietary Fiber 0g | 0% |
| Sugars 7g | |
| **Protein** 0g | |

| | | | |
|---|---|---|---|
| Vitamin A 10% | • | Vitamin C 0% | |
| Calcium 30% | • | Iron 2% | |
| Vitamin D 25% | • | Vitamin B12 25% | |

*Percent Daily Values are based on a 2,000 calorie diet. Your daily values may be higher or lower depending on your calorie needs:

| | Calories: | 2,000 | 2,500 |
|---|---|---|---|
| Total Fat | Less than | 65g | 80g |
| Sat Fat | Less than | 20g | 25g |
| Cholesterol | Less than | 300mg | 300mg |
| Sodium | Less than | 2,400mg | 2,400mg |
| Total Carbohydrate | | 300g | 375g |
| Dietary Fiber | | 25g | 30g |

**INGREDIENTS:** FILTERED WATER, COCONUT CREAM, EVAPORATED CANE JUICE, TRICALCIUM PHOSPHATE, CARRAGEENAN, GELLAN GUM, SEA SALT, NATURAL FLAVORS, VITAMIN A PALMITATE, VITAMIN D2, VITAMIN B12 (CYANOCOBALAMINE).

**CONTAINS:** COCONUT

MANUFACTURED FOR DISTRIBUTION BY:
THE HAIN CELESTIAL GROUP, INC.
MELVILLE, NY 11747 USA