# EXHIBIT 3









*Percent Daily Values are based on a 2,000 calorie diet. Your daily values may be higher or lower depending on your calorie needs:

| | | Calories: | 2,000 | 2,500 |
|---|---|---|---|---|
| Total Fat | | Less than | 65g | 80g |
| Sat Fat | | Less than | 20g | 25g |
| Cholesterol | | Less than | 300mg | 300mg |
| Sodium | | Less than | 2,400mg | 2,400mg |
| Total Carbohydrate | | | 300g | 375g |
| Dietary Fiber | | | 25g | 30g |

Ingredients: Potato Flour (Potato Flakes and Potato Starch), Canola Oil and/or Safflower Oil and/or Sunflower Oil, Corn Starch, Tomato Paste, Spinach Powder, Sea Salt, Sugar, Beetroot powder (color), Turmeric.

Manufactured in a Facility that Processes Wheat, Soy and Milk.

Manufactured for Distribution By:
The Hain Celestial Group, Inc.
Melville, NY 11747 USA

© 2011 THE HAIN CELESTIAL GROUP, INC.

Product of U.S.A.

Write us at:
Sensible Portions Consumer Relations
4600 Sleepytime Drive
Boulder, CO 80301
Or Call: 800-913-6637



...made from real potato and flavored with natural tomato and spinach.

These light and crunchy straws also pair well with your favorite low-fat dip.

**30% Less Fat than the Leading Potato Chip.***

### Are You Eating Sensibly?™

✓ All Natural Ingredients
✓ 0g Trans Fat†
✓ No Preservatives
✓ Kosher Certified
✓ Great Taste!

*Than the leading potato chip
†per serving

Our passion is creating innovative and great tasting snacks. We guarantee you'll love them!

f  Like Us on Facebook!
www.facebook.com/sensibleportions