United States District Court<br>For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SUZANNE SMEDT, individually and on behalf of all others similarly situated, | CASE NO. 5:12-cv-03029 EJD |
| Plaintiff(s), | **ORDER RE: STATEMENTS OF RECENT DECISION** |
| v. | |
| THE HAIN CELESTIAL GROUP, INC., | |
| Defendant(s). | |

Since this district's Civil Local Rules do not provide for the filing of Statements of Recent Decision after a motion's noticed hearing date,[1] the parties to this action shall not file any further Statements of Recent Decision with regard to the currently pending Motion to Dismiss.

**IT IS SO ORDERED.**

Dated:  April 2, 2014

EDWARD J. DAVILA
United States District Judge

---

[1] "*Before the noticed hearing date*, counsel may bring to the Court's attention a relevant judicial opinion published after the date the opposition or reply was filed by filing and serving a Statement of Recent Decision, containing a citation to and providing a copy of the new opinion–without argument." Civ. L. R. 7-3(d)(2).