JAMES M. SCHURZ (CA SBN 145874)
JSchurz@mofo.com
KEVIN M. COLES (CA SBN 271518)
KColes@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: 415.268.7000
Facsimile: 415.268.7522

Attorneys for Defendant
THE HAIN CELESTIAL GROUP, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SUZANNE SMEDT, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>THE HAIN CELESTIAL GROUP, INC.,<br><br>Defendant. | Case No. CV12-03029 EJD<br><br>**STIPULATION AND [P**~~**ROPOSED**~~**] ORDER TO STAY CASE UNDER PRIMARY JURISDICTION DOCTRINE**<br><br>Judge: Hon. Edward J. Davila<br><br>Action Filed: June 12, 2012 |

The parties to the above-captioned matter hereby stipulate as follows:

WHEREAS, on March 24, 2016, the Ninth Circuit issued an opinion in *Kane v. Chobani, LLC.*, No. 14-15670, 2016 U.S. App. LEXIS 5517 (9th Circ. Mar. 24, 2016), deciding that "delineation of the scope and permissible usage of the term[] 'natural' . . . in connection with food products 'implicates technical and policy questions that should be addressed in the first instance by the agency with regulatory authority over the relevant industry rather than by the judicial branch'" and noting that the FDA is currently addressing this issue. (Order at 2.)

WHEREAS, on March 30, 2016, the Court issued an Order to Show Cause (ECF No. 94) why this action should not be stayed under the primary jurisdiction doctrine until such time as the U.S. Food and Drug Administration completes its proceedings regarding the term "natural" in food labeling.

WHEREAS, the parties do not oppose a stay under the primary jurisdiction doctrine.

THEREFORE, IT IS HEREBY STIPULATED AND AGREED, between Plaintiff and Defendant, that the above-caption matter shall be stayed pending further guidance from the FDA regarding use of the term "natural"  in connection with food products.  Nothing in this stipulation, however, forbids either Party from bringing a later motion to seek relief from such a stay if the FDA fails to act in a timely manner.

IT IS FURTHER STIPULATED AND AGREED that, within ten days of the FDA providing such guidance, the Parties shall file a joint status report providing notice to the Court of the FDA's actions.

Dated:  April 1, 2016

JAMES M. SCHURZ
KEVIN M. COLES
MORRISON & FOERSTER LLP

By: /s/ *James M. Schurz*
      James M. Schurz

Attorneys for Defendant
THE HAIN CELESTIAL GROUP, INC.

| | | |
|---|---|---|
| 1 | Dated: April 1, 2016 | CHARLES BARRETT |
| 2 | | NEAL & HARWELL, PLC |
| | | One Nashville Place |
| 3 | | Suite 2000 |
| | | 150 Fourth Avenue North |
| 4 | | Nashville, TN 37219 |
| | | (615) 238-3647 (direct) |
| 5 | | (615) 293-7375 (mobile) |
| | | cbarrett@nealharwell.com |

By: /s/ *Charles Barrett*
        CHARLES BARRETT

Attorney for Plaintiff SUZANNE SMEDT

STIP. AND [PROPOSED] ORDER TO STAY CASE UNDER PRIMARY JURISDICTION DOCTRINE    2
CASE NO. CV12-03029 EJD
sf-3639804

1

**ORDER**

2  PURSUANT TO THIS STIPULATION, IT IS SO ORDERED.

3  The clerk shall administratively close this file.

Dated:    4/7/2016

4

5

6

7  Hon. Edward J. Davila
United States District Court Judge

**ECF ATTESTATION**

I, James M. Schurz, am the ECF User whose ID and password are being used to file the foregoing document. In compliance with Civil Local Rule 5-1(i), I hereby attest that Charles Barrett has concurred in this filing.

Dated: April 1, 2016

JAMES M. SCHURZ
KEVIN M. COLES
MORRISON & FOERSTER LLP

By: /s/ *James M. Schurz*
       JAMES M. SCHURZ

**CERTIFICATE OF SERVICE**

I hereby certify that, on this 1st day of April, 2016, I electronically filed a PDF version of the foregoing document with the Court using the CM/ECF system, which will transmit a Notice of Electronic Filing to all CM/ECF registrants in this case.

| James M. Schurz | /s/ *James M. Schurz* |
|---|---|
| (typed) | (signature) |